Brandon R. McKelvey (CA Bar No. 217002)
  Email: brandon@medinamckelvey.com
Allison S. Hyatt (CA Bar No. 217567)
  Email: allison@medinamckelvey.com
Timothy B. Nelson (CA Bar No. 235279)
  Email: tim@medinamckelvey.com
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, California 95678
Telephone:  (916) 960-2211
Facsimile:   (916) 742-5488

Counsel for Defendants POCH STAFFING, INC. and
MIDWEST CONSTRUCTION SERVICES, INC.

Kane Moon (CA Bar No. 249834)
  E-mail: kane.moon@moonyanglaw.com
H. Scott Leviant (CA Bar No. 200834)
  E-mail: scott.leviant@moonyanglaw.com
Lilit Ter-Astvatsatryan (CA Bar No. 320389)
  E-mail: lilit@moonyanglaw.com
MOON & YANG, APC
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile:  (213) 232-3125

Counsel for Plaintiff VIRGINIA SAMUELS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA SAMUELS, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br>v.<br><br>POCH PERSONNEL, INC., a Michigan corporation dba TRILLIUM STAFFING SOLUTIONS; POCH STAFFING, INC. a Michigan corporation dba TRILLIUM STAFFING dba TRILLIUM CONSTRUCTION SERVICES; MIDWEST CONSTRUCTION SERVICES, INC., a Michigan corporation dba TRILLIUM DRIVERS; TRILLIUM DRIVER SOLUTIONS, INC., a Michigan corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | **CASE NO.: 2:20-cv-00460-WBS-EFB**<br>**ORDER APPROVING JOINT STIPULATION TO STAY ACTION PENDING DECISION REGARDING FMCSA PREEMPTION**<br><br>[Filed concurrently with Joint Stipulation to Stay Action Pending Mediation and Decision Regarding FMCSA Preemption]<br><br>Action Filed:            January 3, 2020<br>Date Removed Filed:  February 28, 2020 |



Having read and considered the Parties' Joint Stipulation to Stay Action Pending Decision Regarding FMCSA Preemption, and finding good cause, the Court approves the Joint Stipulation and orders that this matter is completely **stayed** until thirty (30) days after the Ninth Circuit issues its decision in the consolidated challenge to the Federal Motor Carrier Safety Administration's preemption decision (*Intl Brotherhood of Teamsters, et al v. FMCSA*, Case Number 18-73488; *IBT, et al. v. FMCSA*, Case Number 19-70323; *Labor Commissioner State of CA v. FMCSA*, Case Number 19-70329; *Duy Ly, et al. v. FMCSA*, Case Number 19-70413). The parties shall file a joint status report **within 14 days of the Ninth Circuit's decision**. The June 22, 2020 schedule conference date is vacated.

**IT IS SO ORDERED.**

Dated: June 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



ORDER APPROVING JOINT STIPULATION TO STAY ACTION PENDING DECISION REGARDING FMCSA PREEMPTION
CASE NO.: 2:20-cv-00460-WBS-EFB