1  Kane Moon (SBN 249834)
       kane.moon@moonyanglaw.com
2  H. Scott Leviant (SBN 200834)
       scott.leviant@moonyanglaw.com
3  Lilit Tunyan (SBN 329351)
       lilit.tunyan@moonyanglaw.com
4  **MOON & YANG, APC**
   1055 W. Seventh St., Suite 1880
5  Los Angeles, California 90017
   Telephone: (213) 232-3128
6  Facsimile: (213) 232-3125

7  Attorneys for Plaintiff VIRGINIA SAMUELS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA SAMUELS, individually, and on behalf of all others similarly situated; | Case No.: 2:20-cv-00460-WBS-JDP |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR DISMISSAL OF ENTIRE ACTION** |
| v. | |
| POCH PERSONNEL, INC., et al. | Action Filed: January 3, 2020<br>Date Removal Filed: February 28, 2020 |
| Defendants | |

Case No.: 2:20-cv-00460-WBS-JDP                                         *Samuels v. Poch Personnel, Inc., et al.*
**ORDER GRANTING PLAINTIFF'S APPLICATION FOR DISMISSAL OF ENTIRE ACTION**

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The Court has received and reviewed Plaintiff's Application pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss the entire action, including the Declaration attached thereto.  There being no opposition, and GOOD CAUSE APPEARING, IT IS OREDERED THAT:

1. All claims asserted by Plaintiff against all Defendants, in her individual capacity, are dismissed *with* prejudice; and,
2. All class claims alleged on behalf of the putative class are dismissed *without* prejudice.

The Court finds that, because no class has been certified in this action, approval of these dismissals is not additionally required pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.  *See*, Fed. R. Civ. P. 23(e).

IT IS SO ORDERED.

Dated:  July 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE